■ UTILITY SERVICES CONTRACTING, INC., Respondent-Appellant, v MONROE COUNTY WATER AUTHORITY, Appellant-Respondent. (Appeal No. 2.) [937 NYS2d 903]—

It is hereby ordered that the order so appealed from is unanimously modified on the law by granting that part of defendant's motion for summary judgment dismissing the first cause of action to the extent that it sought consequential damages and as modified the order is affirmed without costs.

Same memorandum as in *Utility Servs. Contr. v Monroe County Water Auth.* (90 AD3d 1661 [2011]). Present—Fahey, J.P., Peradotto, Lindley, Green and Gorski, JJ.